JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 15-112-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING STIPULATED |
| v. | ) | MOTION TO CONTINUE TRIAL AND |
| | ) | PRETRIAL MOTIONS DEADLINE |
| KYLE STEVEN ERICKSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based on the stipulated motion of the defendant to continue the trial date and extend the due date for pretrial motions, the Court makes the following findings of fact and conclusions of law:

1.  The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

2.  Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(i).

3.  The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case.   18 U.S.C. § 3161(h)(7)(B)(ii).

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

4.  Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense.  18 U.S.C. § 3161(h)(7)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from June 29, 2015, to September 21, 2015.

IT IS FURTHER ORDERED that the resulting period of delay from June 29, 2015, through September 21, 2015, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

FURTHERMORE, pretrial motions are due no later than August 14, 2015.

DONE this 20th day of May, 2015.


*Robert S. Lasnik*

Robert S. Lasnik
United States District Judge


Presented by:

*/s/  Jennifer E. Wellman*
Assistant Federal Public Defender
Attorney for Kyle Steven Erickson

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(Kyle Erickson; CR15-112RSL)   - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**